# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSEPH DANIEL HUDEK IV, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Joseph Daniel Hudek's motion to continue trial (Dkt. No. 16) and speedy trial waiver (Dkt. No. 17).

In light of the circumstances that are presented in Defendant's motion, the Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendants in a speedy trial.

Accordingly, the Court ORDERS that trial be continued from September 25, 2017 to February 26, 2018 at 10 a.m. The pretrial motions deadline is extended from August 17, 2017 to January 19, 2018. The Court also ORDERS that the period of time from the date of this Order until the new trial date of February 26, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 21st day of August 2017.

William M. McCool<br>
Clerk of Court

/s/Paula McNabb<br>
Deputy Clerk