THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITES STATES OF AMERICA, | CASE NO. CR17-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSEPH DANIEL HUDEK IV, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant Hudek moves to seal (Dkt. No. 19) his Motion to Reopen Detention Hearing and related exhibits (Dkt. No. 20), based upon the sensitive nature of the documents included with the motion. A cursory review of the documents indicate that many do not possess sensitive information. Furthermore, the motion to seal fails to set forth the applicable legal standard, as required by CrR 55(c).

The Clerk is DIRECTED to terminate the motion to seal (Dkt. No. 19) and the motion to reopen Hudek's detention hearing (Dkt. No. 20). Hudek may refile his motion to seal and motion to reopen his detention hearing. When doing so, Hudek should separately enter the documents not requiring seal from those that do and state with specificity the legal and factual basis supporting his motion to seal.

DATED this 22nd day of September 2017.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk