UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DANIEL HUDEK IV,<br><br>Defendant. | CASE NO. CR17-0174-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 22) Exhibits G and H (Dkt. No. 24) of his motion to reopen his detention hearing (Dkt. No. 23). The motion to seal is not opposed. Given the sensitive nature of the information contained in the Exhibits, the Court finds good cause to seal the documents. The motion to seal (Dkt. No. 22) is GRANTED. Exhibits G and H (Dkt. No. 24) shall REMAIN sealed.

//
//
//
//
//
//
//

1   DATED this 28th day of September 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE