THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH DANIEL HUDEK IV,

Defendant.

CASE NO. CR17-0174-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to seal (Dkt. No. 27) Exhibits A–E (Dkt. Nos. 28-1–28-5) of its opposition to Defendant's motion to reopen detention hearing (Dkt. No. 23). Given the sensitive nature of the information contained in the Exhibits, the Court finds good cause to seal them. The motion to seal (Dkt. No. 27) is GRANTED. Exhibits A–E (Dkt. Nos. 28-1–28-5) shall REMAIN sealed.

DATED this 6th day of October 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk