The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DANIEL HUDEK IV,<br><br>Defendant. | NO. CR17-174-JCC<br><br>UNITED STATES' MOTION TO SEAL EXHIBITS TO GOVERNMENT'S REQUEST FOR RESTITUTION<br><br>*Noted: May 25, 2018* |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Stephen Hobbs, Assistant United States Attorney for said District, files this motion respectfully requesting that Exhibit A, B, C, and D in the above-captioned matter, be filed under seal and be allowed to remain under seal as the exhibits contain sensitive financial records of the victims.

//

//

//

UNITED STATES' MOTION TO SEAL/
*United States v. Hudek* CR17-174-JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 11th day of May, 2018.

2

3                                                           Respectfully submitted,

4                                                           ANNETTE L. HAYES
                                                            United States Attorney
5

6                                                           *s/ STEPHEN HOBBS*
                                                            STEPHEN HOBBS
7                                                           Assistant United States Attorney
8                                                           United States Attorney's Office
                                                            700 Stewart, Suite 5220
9                                                           Seattle, WA 98101-3903
10                                                          Telephone:    206-553-4301
                                                            Fax:          206-553-0755
11                                                          E-mail: stephen.p.hobbs@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' MOTION TO SEAL/                                           UNITED STATES ATTORNEY
*United States v. Hudek* CR17-174-JCC - 2                                700 STEWART STREET, SUITE 5220
                                                                         SEATTLE, WASHINGTON 98101
                                                                         (206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Matthew Smith*
MATTHEW SMITH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-8459
Fax: 206-553-0755
E-mail: Matthew.Smith7@usdoj.gov

UNITED STATES' MOTION TO SEAL/
*United States v. Hudek* CR17-174-JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970