THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0174-JCC |
|---|---|
| Plaintiff, | ORDER ON MOTION TO SEAL |
| v. | |
| JOSEPH DANIEL HUDEK, | |
| Defendant. | |

This matter comes before the Court on the Government's motions to seal (Dkt. No. 60, 68) and Defendant's motion to seal (Dkt. No. 62). Because of the sensitive information contained within these sentencing documents, the Court GRANTS the motions.

It is hereby ORDERED that the following documents will remain under seal:

- Exhibits A, B, C, F, H, I, J (Dkt. No. 61) of the Government's sentencing memorandum;
- Attachments A and H (Dkt. No. 65) of Defendant's sentencing memorandum, and
- Exhibits A, B, C, D (Dkt. No. 69) of the Government's request for restitution.

DATED this 15th day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO SEAL
CR17-0174-JCC
PAGE - 1