C. Lance Kane, M.D.

508 South Habana Avenue

Suite 150

Tampa, Florida

33609-4190

FILED ____ ENTERED
LODGED ____ RECEIVED

MAY 10 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

5/9/2018

To: The Honorable Judge John C. Coughenour

**Re: Joseph Hudek, IV**

I have known Joseph Hudek, IV since April 2008. I know him to be a respectful young man from a good family. He has always displayed good character traits. I hope this can entreat you to grant him leniency in your sentencing.

Sincerely,

*C. Lance Kane*

C. Lance Kane, M.D.

813.350.0200 (Phone)                                                                 813.350.0890 (Fax)